**DISMISS and Opinion Filed June 10, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00413-CV**

**IN RE CROSSMARK INC., VIRGINIA MOLTHEN, BARBARA DEVINE, AND KATHERINE KNETTEL, Relators**

**Original Proceeding from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-02019-2022**

## MEMORANDUM OPINION

Before Justices Schenck, Reichek, and Carlyle
Opinion by Justice Schenck

Before the Court is relators' June 3, 2022 "Motion to Voluntarily Dismiss Petition for Writ of Mandamus as Moot." In the motion, relators inform the Court that this original proceeding is moot.

We grant relators' motion and dismiss the petition for writ of mandamus. We also lift the stay issued by this Court's May 2, 2022 order.

220413f.p05

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE